. 20884. CREWS *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds; the evidence authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1930.

*Hubert F. Rawls,* for plaintiff in error.

*W. B. Gibbs, solicitor-general,* contra.